UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Novus Franchising, Inc., a
Washington corporation,

Civ. No. 09-85 (RHK/SRN)

Plaintiff,

**ORDER**

v.

Frederic Alan Flint,

Defendant.

---

This matter is before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 11). For the reasons stated on the record at the hearing held on March 10, 2009, **IT IS ORDERED** that Plaintiff's Motion is **DENIED WITHOUT PREJUDICE.**

Dated: March 11, 2009

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge